FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0127

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0127

ROGER AND THERESE HUTCHISON,

Appellants,

v.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY and JOHN HOLT,

Appellees.

ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Appellees' Unopposed Motion for Extension of Time to File Response Brief ("Motion"), with good cause appearing therefor and no objection by Appellants,

IT IS HEREBY ORDERED that Appellees' Motion is GRANTED, and Appellees shall have up to and including July 25, 2024 to file their Response Brief.

DATED this _____ day of June, 2024.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 18 2024